UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SEBASTIAN MUNOZ,**

      **Petitioner,**

**V.**                             **Civil No. 4:22-CV-1006-P**

**BILL WAYBOURN, Sheriff,
Tarrant County, Texas,**

      **Respondent.**

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED** without prejudice for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED** on this **22nd day** of **December 2022**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE